Certificate Number: 03088-NJ-DE-036585949

Bankruptcy Case Number: 22-13690



03088-NJ-DE-036585949

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 1, 2022, at 10:40 o'clock AM CDT, Joel Quintana Principe completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date: June 1, 2022            By: /s/Tania Roman for Doug Tonne

Name: Doug Tonne

Title: Counselor