JOEL PRINCIPE
1440 GEORGIAN DRIVE
MOORESTOWN, NJ 08057

*OFFICE OF THE CHAPTER 13 STANDING TRUSTEE*
Isabel C. Balboa
Chapter 13 Standing Trustee
Cherry Tree Corporate Center
535 Route 38, Suite 580
Cherry Hill, NJ 08002-2977
(856) 663-5002

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
(Camden)**

| | |
|---|---|
| In Re:<br><br>JOEL Q. PRINCIPE<br><br><br>Debtor(s). | Proceedings in Chapter 13<br><br>Case No.: 22-13690-ABA<br><br>**TRUSTEE'S STATEMENT PURSUANT TO 11 U.S.C. §§ 1302(c), 1106(a)(3), and 1106(a)(4)** |

    The Chapter 13 Standing Trustee hereby submits this Statement of Investigation of the financial affairs of the Debtor(s) pursuant to 11 U.S.C. §§ 1302(c), 1106(a)(3) and 1106(a)(4).

    1.   The Trustee's office has conducted a § 341(a) Meeting of Creditors and a business examination which consisted of the review of the Petition, Schedules A - J, Statement of Financial Affairs, and Statement of Current Monthly Income, including a comparison between the Debtor(s)' filed petition and schedules and Certification of Business Debtor (attached hereto as Exhibit "A").

    2.   The Trustee, except to the extent that the Court orders otherwise, has investigated the acts, conduct, assets, liabilities, and financial condition of the Debtor(s), the operation of the Debtor(s)' business and the desirability of the continuance of such business, and any other matter relevant to the case or to the formulation of a plan.

    3.   Furthermore, in connection with the investigation, the Trustee has not ascertained any fact pertaining to fraud, dishonesty, incompetence, misconduct, mismanagement or irregularity in the management of the affairs of Debtor(s), or to a cause of action available to the estate.

Dated: July 13, 2022                                                               Respectfully submitted,

ICB:   KES
via first class mail:                                              ***/s/ ISABEL C. BALBOA***
                                                                    ISABEL C. BALBOA
       JOEL Q. PRINCIPE                               Chapter 13 Standing Trustee

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
(Camden)

IN RE:

Joel Quintana Principe

Debtor(s).

Proceedings in Chapter 13

Case Number: __22-13690 (ABA)__ (ABA / JNP)

CERTIFICATION OF DEBTOR
DERRIVING INCOME FROM
RENTAL INCOME
(Separate Certification for each rental property)

I, __Joel Quintana Principe__ being duly sworn, upon my oath state:

1. I rent real property known as __16 Wilton Way Sicklerville NJ 08081__.
2. I rent to tenant(s), __Priscilla Curtis__.
3. I ( do ) have a signed lease/rental agreement.
4. I rent this property for $_____ per month.
5. I (do) have insurance coverage on this rental property at this time.
6. I (do) have a separate Landlord/Tenant bank account for this tenant's security deposit.
7. I have bank accounts in the following financial institutions which are utilized for rent collection:

| Bank Name | Type of Account / Purpose | Account Number (Last 4 digits) |
|---|---|---|
| Chase Bank | Checking | 9877 |
| N/A | N/A | N/A |

8. I (have) filed individual tax returns with the Internal Revenue Service for all the prior tax years, for which I was required to file a return.
9. I (have) filed applicable state tax returns with the State of New Jersey or any other state or commonwealth for all prior tax years, for which I was required to file a return.
10. In support of this certification and as required by the Standing Trustee, I provide the following attached documents:

    ☐ Last two (2) filed Federal Tax Returns, with all supporting schedules and statements;
    ☐ Current mortgage payoff statement;
    ☐ Current Fair Market Value (FMV) w/comps (Zillow/Redfin is not acceptable);
    ☐ Current homeowners insurance declaration page;
    ☐ Bank statements for six (6) months ending the month prior to filing; and
    ☐ Current signed lease/rental agreement.

Page 1 of 2

I declare under penalty of perjury that the foregoing statements are true and correct.

I have read and acknowledge my responsibilities as a business debtor.

I understand that by filing this certification with the Standing Trustee and attachments in its support, I am signing the document under Fed. R. Bankr. P. 9011.

I declare that (I or my attorney) will retain the original signature of this certification for a period of seven (7) years from the date of the closing of this case pursuant to Fed. R. Bankr. P. 8011.

Date: 07/11/2022            /s/ _____
                                          Debtor

Date: _____            /s/ _____
                                          Co-Debtor

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
(Camden)

| IN RE: | Proceedings in Chapter 13 |
|---|---|
| Joel Quintana Principe<br><br>Debtor(s). | Case Number: 22-13690 (ABA)    (ABA / JNP)<br><br>CERTIFICATION OF DEBTOR DERRIVING INCOME FROM AN INTEREST IN AN ACTIVE BUSINESS |

I, __Joel Quitana Principe_____ being duly sworn, upon my oath state:

1. I have an ownership interest in the business known as __Infinity Real Esate Solutions LLC__.
2. I operate this business at __4 Holyoke Dr Delran, NJ 08075__.
3. I _(own)_ this property.
4. I operate this business as a _____ (LLC Partnership) _____.
5. I started this business on 12/12/2016.
6. I have an ownership interest of ____50____ %.
7. I ____(do not)____ have insurance coverage for this business in place at this time.
8. As of the date of this certification, I have the following insurance coverage(s) in place:

   ☐ Business owner's policy (BOP);          ☐ Commercial auto insurance;
   ☐ General liability insurance;             ☐ Professional liability insurance (E&O);
   ☐ Property insurance;                      ☐ Worker's compensation insurance;
   ☐ Malpractice insurance;                   ☐ Other: _____ ;
   ☐ No insurance required.

9. I ____(do not)____ have an active license or permit to operate my business.

10. I have bank accounts in the following financial institutions which are utilized for my business operations (include Paypal & online accounts):

| Bank Name | Type of Account / Purpose | Account Number (Last 4 digits) |
|---|---|---|
| 1st Colonial Bank | Checking | 6513 |
|  |  |  |
|  |  |  |

11. I ____(have__ filed business tax returns with the Internal Revenue Service for all the prior tax years, for which I/the business was required to file a return.

Page 1 of 2

12. I _____ (have) filed applicable state tax returns with the State of New Jersey or any other state or commonwealth for all prior tax years, for which I/the business was required to file a return.

13. I _____ (do not) incur trade credit or make payment arrangements defined under the Bankruptcy Code which require the exchange of credit by debtor to creditor or the extension of creditors' supplies to debtor.

14. I _____ (have not) pledged any business receivables, rents, profits, or other cash collateral for any loans.

15. I _____ (do not) have a line of credit with any financial institution for my business(es).

16. I _____ (have not) provided financial statements to a third party for my business within the two (2) years proceeding the filing of this bankruptcy.

17. As of the date of this certification, the value of my business assets, including tools, equipment, inventory, and accounts total $ __$6200.00__ .

18. As of the date of this certification, I have business obligations which total $ __$0.00__ .

19. In support of this certification and as required by the Standing Trustee, I provide the following attached documents (attached):

    ☐ LLC Charter, Partnership Agreement, Certificate of Incorporation, or Franchise Agreement;
    ☐ Last two (2) filed Federal Tax Returns, with all supporting schedules and statements;
    ☐ Current insurance declaration page;
    ☐ Current license and/or permit, plus municipal and county licenses and certifications;
    ☐ Bank statements for one (1) full year ending the month prior to filing; and
    ☐ Profit and loss statements for one (1) full year ending the month prior to filing.

I declare under penalty of perjury that the foregoing statements are true and correct.

I have read and acknowledge my responsibilities as a business debtor.

I understand that by filing this certification with the Standing Trustee and attachments in its support, I am signing the document under Fed. R. Bankr. P. 9011.

I declare that (I or my attorney) will retain the original signature of this certification for a period of seven (7) years from the date of the closing of this case pursuant to Fed. R. Bankr. P. 8011.

Date: 07/11/2022      /s/ _____
                          Debtor

Date: _____          /s/ _____
                          Co-Debtor

Page 2 of 2