Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 22−13690−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Joel Quintana Principe
aka Joel Quintana, aka Joel Quintana
Principe
1440 Georgian Drive
Moorestown, NJ 08057

Social Security No.:
xxx−xx−6416

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on July 13, 2022.

Dated: July 14, 2022
JAN: har

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Joel Quintana Principe  
    Debtor

Case No. 22-13690-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 3  
Date Rcvd: Jul 14, 2022     Form ID: plncf13     Total Noticed: 36

The following symbols are used throughout this certificate:  
**Symbol   Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 16, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joel Quintana Principe, 1440 Georgian Drive, Moorestown, NJ 08057-1347 |
| 519575151 | + | Andrews FCU, Attn: Bankruptcy, 5711 Allentown Rd, Suitland, MD 20746-4547 |
| 519647220 | | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 519575161 | + | Gateway One Lending & Finance, Attn: Bankruptcy, 175 North Riverview Dr, Suite 100, Anaheim, CA 92808-1225 |
| 519575162 | + | Key Bank, 9869 Bustleton Avenue, Philadelphia, PA 19115-2611 |
| 519578973 | + | KeyBank, N.A., c/o Saldutti Law Group, 1040 N. Kings Highway, Suite 100, Cherry Hill, NJ 08034-1925 |
| 519623384 | | Police and Fire Federal, Credit Union, 901 Arch Street, Philadelphia, PA, 19107-2495 |
| 519623038 | + | Priscilla Curtis, 16 Wilton Way, Sicklerville, NJ 08081-9212 |
| 519575165 | + | Saldutti Law Group, 1040 N. Kings Highway Ste 100, Cherry Hill, NJ 08034-1925 |
| 519640545 | + | TD Bank, N.A., PO BOX 1931, Burlingame, CA 94011-1931 |
| 519575171 | + | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a, 3rd Fl, Des Moines, IA 50328-0001 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 14 2022 20:29:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 14 2022 20:29:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519575150 | + | Email/PDF: bncnotices@becket-lee.com | Jul 14 2022 20:38:31 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 519575154 | + | Email/Text: bankruptcy@bbandt.com | Jul 14 2022 20:29:00 | BB&T/Truist, Attn: Bankruptcy, Po Box 1847, Wilson, NC 27894-1847 |
| 519575152 | + | Email/Text: hildaris.burgos@popular.com | Jul 14 2022 20:29:00 | Banco Popular de Puerto Rico, Attn: Bankruptcy, Po Box 362708, San Juan, PR 00936-2708 |
| 519575153 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 14 2022 20:28:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 519575156 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 14 2022 20:38:28 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 519645817 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 14 2022 20:38:31 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519575159 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 14 2022 20:38:34 | Citibank, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 519575160 | + | Email/Text: mortgagebksupport@citizensbank.com | Jul 14 2022 20:29:00 | Franklin American Mortgage Company, Attn: Bankruptcy, 6100 Tower Circle, Suite 600, Franklin, TN 37067-1505 |
| 519623385 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 14 2022 20:29:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 519575157 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 14 2022 20:38:27 | Chase Auto Finance, 700 Kansas Lane, Monroe, |

Case 22-13690-ABA   Doc 30   Filed 07/16/22   Entered 07/17/22 00:16:55   Desc Imaged
                    Certificate of Notice   Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 14, 2022 | Form ID: plncf13 | Total Noticed: 36 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | LA 71203 |
| 519575158 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 14 2022 20:38:15 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 519575163 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 14 2022 20:29:00 | Mrc/united Wholesale M, Attn: Bankruptcy, P. O. Box 619098, Dallas, TX 75261-9098 |
| 519623449 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 14 2022 20:28:00 | PNC Bank, PO Box 1820, Dayton, OH 45401 |
| 519635989 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 14 2022 20:28:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 519575155 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 14 2022 20:28:00 | BBVA Compass, Attn: Bankruptcy, P.O. Box 10566, Birmingham, AL 35296 |
| 519575164 | + | Email/Text: bankruptcyteam@quickenloans.com | Jul 14 2022 20:29:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 519585897 | + | Email/Text: bankruptcyteam@quickenloans.com | Jul 14 2022 20:29:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 519575166 | + | Email/Text: enotifications@santanderconsumerusa.com | Jul 14 2022 20:29:00 | Santander Consumer USA Inc., Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |
| 519575167 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 14 2022 20:38:29 | Synchrony Bank/hhgregg, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519575168 | | Email/Text: bankruptcy@td.com | Jul 14 2022 20:29:00 | TD Bank, Attn: Bankruptcy, Po Box 9547, Portland, ME 04112 |
| 519575169 | | Email/Text: bankruptcy@td.com | Jul 14 2022 20:29:00 | TD Bank, N.A., Attn: Bankruptcy, 32 Chestnut Street Po Box 1377, Lewiston, ME 04243 |
| 519643984 | | Email/Text: bankruptcy@td.com | Jul 14 2022 20:29:00 | TD Bank, NA, 70 Gray Road, Falmouth, ME 04105 |
| 519575170 | + | Email/Text: bankruptcy@bbandt.com | Jul 14 2022 20:29:00 | Truist Bank, Attn: Bankruptcy, Mail Code VA-RVW-6290 POB 85092, Richmond, VA 23286-0001 |
| 519575171 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Jul 15 2022 10:15:46 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a, 3rd Fl, Des Moines, IA 50328-0001 |

TOTAL: 26

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519575149 | | Adhiambo Ayaga |
| 519623039 | | Juana RosaGonzalez |
| 519623052 | | Juana RosaGonzalez |
| cr | *+ | KeyBank, N.A., c/o Saldutti Law Group, 1040 N. Kings Highway, Suite 100, Cherry Hill, NJ 08034-1925 |

TOTAL: 3 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 14, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brad J. Sadek | on behalf of Debtor Joel Quintana Principe bradsadek@gmail.com<br>bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;jeanie@sadeklaw.com;service@sadeklaw.com |
| Brian C. Nicholas | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Rebecca K. McDowell | on behalf of Creditor KeyBank N.A. rmcdowell@slgcollect.com, anovoa@slgcollect.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6