| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>*OFFICE OF THE CHAPTER 13 STANDING TRUSTEE*<br>**Isabel C. Balboa, Esquire (IB 4082)**<br>**Cherry Tree Corporate Center**<br>**535 Route 38, Suite 580**<br>**Cherry Hill, New Jersey 08002**<br>**(856) 663-5002** | |
| In Re:<br><br>Joel Q. Principe,<br><br>Debtor(s).' | Case No. 22-13690    ABA<br><br>Judge:    Andrew B. Altenburg, Jr.<br><br>**STIPULATION ADJUSTING TRUSTEE PAYMENTS** |

**WHEREAS,** a review of Debtor's case by the Chapter 13 Standing Trustee's Office revealed that Debtor's monthly Trustee payments should be recalculated, and good cause having been shown, and

**WHEREAS,** the Trustee and Debtor's counsel have agreed to resolve the adjustment in Trustee payments by this Stipulation;

**NOW THEREFORE,** the Trustee and counsel for Debtor hereby agree as follow:

1.  Debtor's case be and is hereby allowed to continue at $1,896.44 total receipts applied to plan, then $971.00 for the remaining fifty-seven (57) months commencing September 1, 2022, for a total of sixty (60) months.

**IT IS STIPULATED** that all other terms set forth in the Order Confirming Plan entered on July 13, 2022 remain in effect.

_____
Brad J. Sadek, Esquire,
Attorney for Debtor

Dated: 8/25/22

_____
Isabel C. Balboa,
Chapter 13 Standing Trustee

Dated: 09-01-2022