UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Order Filed on January 6, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Joel Quintana Principe

Case No.: 22-13690

Chapter: 13

Judge: Altenburg

# ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following pages, numbered two (2) and three (3), is hereby **ORDERED**.

**DATED: January 6, 2026**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

After review of the application of _____**Debtor**_____ for a reduction of time for a hearing on _____**Motion to Sell Real Property**_____ _____ under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on _____**January 13, 2026**_____ at __**10:00 am**__ in the United States Bankruptcy Court, 400 Cooper Street, Camden, NJ 08101 Courtroom No. **4B**.

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: Chapter 13 Trustee, Secured Creditors and Anyone who filed Notice of Appearance

by ☒ each, ☐ any of the following methods selected by the Court:

☐ fax, ☒ overnight mail, ☐ regular mail, ☐ email, ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties: All Other Affected Parties

by ☒ each, ☐ any of the following methods selected by the Court:

☐ fax, ☐ overnight mail, ☒ regular mail, ☐ email, ☐ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, or

☐ within _____ day(s) of the date of this Order.

5. Notice by telephone:

☐ is not required

☒ must be provided to Chapter 13 Trustee, Secured Creditors and Anyone who filed Notice of Appearance

☒ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to said motion/application identified above:

    ❏ must be filed with the Court and served on all parties in interest by electronic or overnight mail _____ day(s) prior to the scheduled hearing; or

    ☒ may be presented orally at the hearing.

8.   ☒ Court appearances are required to prosecute said motion/application and any objections.

    ❏ Parties may request to appear by phone by contacting Chambers prior to the return date.

9.   ☒ The hearing will be conducted via Zoom using the Judge's standard Zoom link for remote appearances, which can be found on the Judge's page on the Court's website: https://www.njb.uscourts.gov/

    ❏ The hearing will be conducted via a specialized Zoom link. See instructions below:

*rev.5/19/2025*