UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Order Filed on January 6, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Joel Quintana Principe

Case No.: _____22-13690_____

Chapter: _____13_____

Judge: _____Altenburg_____

## ORDER SHORTENING TIME PERIOD FOR NOTICE,
## SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following pages, numbered two (2) and three (3), is hereby **ORDERED**.

**DATED: January 6, 2026**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

After review of the application of _____ Debtor _____ for a reduction of

time for a hearing on _____ Motion to Sell Real Property _____

_____ under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on _____ January 13, 2026 _____ at __10:00 am__ in

the United States Bankruptcy Court, 400 Cooper Street, Camden, NJ 08101

Courtroom No. __4B__ .

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties:

Chapter 13 Trustee, Secured Creditors and Anyone who filed Notice of Appearance

_____

by ☒ each, ❑ any of the following methods selected by the Court:

❑ fax, ☒ overnight mail, ❑ regular mail, ❑ email, ❑ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:

All Other Affected Parties

_____

by ☒ each, ❑ any of the following methods selected by the Court:

❑ fax, ❑ overnight mail, ☒ regular mail, ❑ email, ❑ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, or

❑ within _____ day(s) of the date of this Order.

5. Notice by telephone:

❑ is not required

☒ must be provided to Chapter 13 Trustee, Secured Creditors and Anyone who filed
Notice of Appearance
☒ on the same day as the date of this Order, or

❑ within _____ day(s) of the date of this Order.

2

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to said motion/application identified above:

&#x2751; must be filed with the Court and served on all parties in interest by electronic or overnight mail

_____ day(s) prior to the scheduled hearing; or

&#x2612; may be presented orally at the hearing.

8. &#x2612; Court appearances are required to prosecute said motion/application and any objections.

&#x2751; Parties may request to appear by phone by contacting Chambers prior to the return date.

9. &#x2612; The hearing will be conducted via Zoom using the Judge's standard Zoom link for remote

appearances, which can be found on the Judge's page on the Court's website:

https://www.njb.uscourts.gov/

&#x2751; The hearing will be conducted via a specialized Zoom link. See instructions below:

*rev.5/19/2025*

United States Bankruptcy Court

District of New Jersey

In re:                                                                                    Case No. 22-13690-ABA

Joel Quintana Principe                                                                    Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                          User: admin                              Page 1 of 2

Date Rcvd: Jan 06, 2026                       Form ID: pdf903                          Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 08, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Joel Quintana Principe, 1440 Georgian Drive, Moorestown, NJ 08057-1347 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 08, 2026                        Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 6, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Brad J. Sadek | on behalf of Debtor Joel Quintana Principe bradsadek@gmail.com<br>bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;jeanie@sadeklaw.com;service@sadeklaw.com |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Edward Joseph McKee | on behalf of Creditor TD Bank  N.A. emckee@duanemorris.com, jalowe@duanemorris.com,edward-mckee-2614@ecf.pacerpro.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |

Michael Patrick Farrington
                        on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. tue67813@temple.edu

Rebecca K. McDowell
                        on behalf of Creditor KeyBank  N.A. rmcdowell@slgcollect.com, anovoa@slgcollect.com

U.S. Trustee
                        USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 8