UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Sadek Law Offices
701 East Gate Drive
Suite 129
Mount Laurel, NJ 08054
856-890-9003
Attorneys for Debtor

In Re:

Joel Quintana Principe
debtor

Case No.: 22-13690

Chapter: 13

Adv. No.: _____

Hearing Date: _____

Judge: ABA

## CERTIFICATION OF SERVICE

1. I, _____Early McBroom_____ :

    ☐ represent _____ in this matter.

    ☒ am the secretary/paralegal for _____Jeanie D. Wiesner_____, who represents _____Debtor_____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On _____January 12, 2026_____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    Application for Retention; Certification in Support of Application; Exhibit;
    Proposed Form of Order; Certification of Service

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: January 12, 2026

/s/ Early McBroom
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| U.S. Trustee<br>One Newark Center<br>1085 Raymond Blvd., Ste 2100<br>Newark, NJ 07102 | Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other  CM/ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Andrew Finberg<br>535 Route 38 - Suite 580<br>Cherry Hill, NJ 08002 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  phone; overnight mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Rocket Mortgage, LLC f/k/a Quicken Loans<br>ATTN: General Agent/Managing Agent/Pres./Bank Dept.<br>635 Woodward Avenue<br>Detroit, MI 48226 | Secured creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  phone; overnight mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| KML Law Group, P.C.<br>ATTN: Denise Carlon, Esq.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106 | Counsel for secured creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  phone; overnight mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| TD Bank, N.A.<br>ATTN: General Agent/Managing Agent/Pres. Bank Dept.<br>70 Gray Road<br>Falmouth, ME 04105 | Secured creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  phone; overnight mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Duane Morris, LLP<br>ATTN: Edward J. McKee, Esq.<br>30 South 17th Street<br>Philadelphia, PA 19103 | Counsel for secured creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other _phone; overnight mail_<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| KeyBank, NA<br>c/o Saldutti Law Group<br>ATTN: Rebecca K. McDowell, Esq.<br>1040 N. Kings Highway #100<br>Cherry Hill, NJ 08034 | Counsel for creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other _phone; overnight mail_<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| TD Bank<br>P.O. Box 1931<br>Burlingame, CA 94011<br><br>PNC Bank NA<br>P.O. Box 94982<br>Cleveland, OH 44101 | Creditor<br><br><br><br>Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Capital One Bank by American InfoSources<br>4515 N. Santa Fe Ave.<br>Oklahoma City, OK 73118 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Bank of America<br>P.O. Box 673033<br>Dallas, TX 75267 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*