Printed on: 12/31/2025  
ANDREW B. FINBERG [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 22-13690 (ABA)

Joel Q. Principe  
1440 Georgian Drive  
Moorestown, NJ  08057

Monthly Payment: $971.00  
Payments / Month: 1  
Current Trustee Comp.: 10.00%

**For the period of 01/01/2025 to 12/31/2025**  
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/21/2025 | $971.00 | 02/13/2025 | $971.00 | 04/01/2025 | $971.00 | 04/29/2025 | $1,500.00 |
| 05/29/2025 | $1,500.00 | 06/25/2025 | $1,500.00 | 07/22/2025 | $1,500.00 | 09/03/2025 | $971.00 |
| 10/30/2025 | $971.00 | 11/25/2025 | $971.00 | 12/23/2025 | $971.00 | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | JOEL Q. PRINCIPE | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | BRAD J. SADEK, ESQUIRE | 13 | $2,563.00 | $2,563.00 | $0.00 | $0.00 |
| 1 | ADHIAMBO AYAGA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | AMERICAN EXPRESS | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | ANDREWS FEDERAL CREDIT UNION | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | BB&T/TRUIST | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | BBVA COMPASS | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | BANCO POPULAR DE PUERTO RICO | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | BANK OF AMERICA, N.A. | 33 | $1,980.80 | $1,742.59 | $238.21 | $394.16 |
| 8 | CAPITAL ONE, N.A. | 33 | $3,675.77 | $3,233.73 | $442.04 | $731.46 |
| 9 | CHASE AUTO FINANCE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | CHASE CARD SERVICES | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | CITIBANK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | ROCKET MORTGAGE, LLC | 24 | $1,280.26 | $1,280.26 | $0.00 | $0.00 |
| 13 | GATEWAY ONE LENDING & FINANCE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | KEYBANK, N.A. | 33 | $25,279.26 | $22,239.15 | $3,040.11 | $5,030.45 |
| 15 | MRC/UNITED WHOLESALE M | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | ROCKET MORTGAGE, LLC | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | SALDUTTI, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | SANTANDER CONSUMER USA, INC. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | SYNCHRONY BANK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | TD BANK, N.A. | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | TD BANK, N.A. | 33 | $8,628.47 | $7,590.81 | $1,037.66 | $1,717.00 |
| 22 | TRUIST BANK | 24 | $20.34 | $20.34 | $0.00 | $0.00 |
| 23 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24 | WELLS FARGO BANK NA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25 | BRAD J. SADEK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 27 | POLICE & FIRE FEDERAL CREDIT UNION | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28 | PNC BANK, N.A. | 33 | $8,801.59 | $7,743.11 | $1,058.48 | $1,751.47 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 06/01/2022 | 2.00 | $0.00 |
| 08/01/2022 | Paid to Date | $1,896.44 |
| 09/01/2022 | 57.00 | $971.00 |
| 06/01/2027 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $12,797.00 |
| Total paid to creditors this period: | $9,624.54 |
| Undistributed Funds on Hand: | $1,747.80 |
| Arrearages: | ($12,513.56) |
| Attorney: | BRAD J. SADEK, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**