# Office of the Chapter 13 Standing Trustee

## Andrew B. Finberg, Chapter 13 Standing Trustee

*Joni L. Gray, Counsel*  
*Jennifer R. Gorchow, Staff Attorney*  
*William H. Clunn, III, Staff Attorney*

*Lu'Shell K. Alexander\**  
*Jennie P. Archer\**  
*Kelleen E. Stanley\**  
*Kimberly A. Talley\**  
*\*Certified Bankruptcy Assistant*

January 21, 2026

The Honorable Andrew B. Altenburg, Jr.  
United States Bankruptcy Court  
P.O. Box 2067  
Camden, New Jersey 08102

RE:     Chapter 13 Bankruptcy  
         Debtor(s) Name:    Joel Q. Principe  
         Case No:    22-13690 ABA  
         Hearing Date:    February 26, 2026 at 2:00 PM

Dear Judge Altenburg:

Please accept this letter as a limited objection to Debtor(s)' Motion/Application filed on January 19, 2026 for the above-captioned matter.

On December 30, 2025, the Trustee issued a payoff to Debtor(s)' Counsel. Counsel did not disclose that a motion/application for supplemental attorney's fees would be filed and sought to be paid through the plan. Therefore, the payoff is incomplete, as it does not include the supplemental attorney's fees. Counsel must request an updated payoff incorporating the requested fees, pending further Order of the Court.

As always, the Court is welcome to contact the Trustee with any concerns.

Respectfully submitted,

*OFFICE OF THE CHAPTER 13*  
*STANDING TRUSTEE*

/s/ *Andrew B. Finberg*

**Andrew B. Finberg,**  
Chapter 13 Standing Trustee

ABF:lka

c:    Jeanie D. Wiesner, Esquire   (Debtor(s)' Attorney)   (via Electronic Case Filing / ECF)  
      Joel Q. Principe   (Debtor)   (via First Class Mail)

Cherry Tree Corporate Center  
535 Route 38  
Suite 580  
Cherry Hill, NJ 08002  
(856) 663-5002

**Payments Only:**

P.O. Box 1978  
Memphis, TN 38101-1978