UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

SADEK LAW OFFICES
701 East Gate Dr., Ste 129
Mt. Laurel, NJ 08054
(856) 890-9003; Fax (215) 545-06111
Attorney(s) for Debtor

Order Filed on January 21, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
Joel Quintana Principe

Case No.: 22-13690 (ABA)
Chapter: 13
Judge: Andrew B. Altenburg

# ORDER AUTHORIZING RETENTION OF

Realtor

The relief set forth on the following page is **ORDERED**.

DATED: January 21, 2026

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Upon the applicant's request for authorization to retain _____Andreas Maines_____

as _____Realtor_____, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is:  eXP Realty
   99 Grant Avenue
   Moorestown, NJ 08057

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*