Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  22−13690−ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Joel Quintana Principe
   aka Joel Quintana, aka Joel Quintana
   Principe
   1440 Georgian Drive
   Moorestown, NJ 08057

Social Security No.:
   xxx−xx−6416

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Andrew B. Altenburg Jr. on:

Date:      2/26/26
Time:      02:00 PM
Location:  Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
Brad J. Sadek, Debtor's Attorney, period: 10/24/2025 to 1/14/2026.

COMMISSION OR FEES
fee: $1,600.00.

EXPENSES
$354.88.

If this is a chapter 13 case, the fees and expenses awarded:

   ☑   will not reduce the amount to be paid to general unsecured
         creditors under the plan.

   ☐   will reduce the amount to be paid to general unsecured
         creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: January 20, 2026
JAN:

                                          Jeanne Naughton
                                          Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Joel Quintana Principe  
    Debtor

Case No. 22-13690-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 3  
Date Rcvd: Jan 20, 2026     Form ID: 137     Total Noticed: 37

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 22, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joel Quintana Principe, 1440 Georgian Drive, Moorestown, NJ 08057-1347 |
| 519575161 | + | Gateway One Lending & Finance, Attn: Bankruptcy, 175 North Riverview Dr, Suite 100, Anaheim, CA 92808-1225 |
| 519575162 | + | Key Bank, 9869 Bustleton Avenue, Philadelphia, PA 19115-2611 |
| 519623038 | #+ | Priscilla Curtis, 16 Wilton Way, Sicklerville, NJ 08081-9212 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 20 2026 22:57:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 20 2026 22:57:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519575150 | + | Email/PDF: bncnotices@becket-lee.com | Jan 20 2026 23:00:31 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 519575151 | + | Email/Text: bankrupt@andrewsfcu.org | Jan 20 2026 22:56:00 | Andrews FCU, Attn: Bankruptcy, 5711 Allentown Rd, Suitland, MD 20746-4547 |
| 519575154 | + | Email/Text: bankruptcy@bbandt.com | Jan 20 2026 22:57:00 | BB&T/Truist, Attn: Bankruptcy, Po Box 1847, Wilson, NC 27894-1847 |
| 519575152 | + | Email/Text: hildaris.burgos@popular.com | Jan 20 2026 22:57:00 | Banco Popular de Puerto Rico, Attn: Bankruptcy, Po Box 362708, San Juan, PR 00936-2708 |
| 519575153 | + | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Jan 20 2026 22:55:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 519647220 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Jan 20 2026 22:55:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 519575156 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 20 2026 23:00:43 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 519645817 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 20 2026 23:00:20 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519575157 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 20 2026 23:00:15 | Chase Auto Finance, 700 Kansas Lane, Monroe, LA 71203-4774 |
| 519575158 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 20 2026 23:00:15 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850-5298 |
| 519575159 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 20 2026 23:00:35 | Citibank, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 519575160 | + | Email/Text: mortgagebksupport@citizensbank.com | | |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jan 20 2026 22:58:00 | Franklin American Mortgage Company, Attn: Bankruptcy, 6100 Tower Circle, Suite 600, Franklin, TN 37067-1505 |
| 519623385 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 20 2026 22:56:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 519578973 | + | Email/Text: rmcdowell@slgcollect.com | Jan 20 2026 22:56:00 | KeyBank, N.A., c/o Saldutti Law Group, 1040 N. Kings Highway, Suite 100, Cherry Hill, NJ 08034-1925 |
| 519575163 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jan 20 2026 22:56:00 | Mrc/united Wholesale M, Attn: Bankruptcy, P. O. Box 619098, Dallas, TX 75261-9098 |
| 519623449 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 20 2026 22:55:00 | PNC Bank, PO Box 1820, Dayton, OH 45401 |
| 519635989 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 20 2026 22:55:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 519575155 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 20 2026 22:55:00 | BBVA Compass, Attn: Bankruptcy, P.O. Box 10566, Birmingham, AL 35296 |
| 519623384 | | Email/Text: bankruptcy1@pffcu.org | Jan 20 2026 22:56:00 | Police and Fire Federal, Credit Union, 901 Arch Street, Philadelphia, PA, 19107-2495 |
| 519575164 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Jan 20 2026 22:57:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 519585897 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Jan 20 2026 22:57:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 519575165 | + | Email/Text: rmcdowell@slgcollect.com | Jan 20 2026 22:56:00 | Saldutti Law Group, 1040 N. Kings Highway Ste 100, Cherry Hill, NJ 08034-1925 |
| 519575166 | + | Email/Text: enotifications@santanderconsumerusa.com | Jan 20 2026 22:57:00 | Santander Consumer USA Inc., Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |
| 519575167 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 20 2026 23:00:41 | Synchrony Bank/hhgregg, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519575168 | | Email/Text: bankruptcy@td.com | Jan 20 2026 22:57:00 | TD Bank, Attn: Bankruptcy, Po Box 9547, Portland, ME 04112 |
| 519575169 | | Email/Text: bankruptcy@td.com | Jan 20 2026 22:57:00 | TD Bank, N.A., Attn: Bankruptcy, 32 Chestnut Street Po Box 1377, Lewiston, ME 04243 |
| 519643984 | | Email/Text: bankruptcy@td.com | Jan 20 2026 22:57:00 | TD Bank, NA, 70 Gray Road, Falmouth, ME 04105 |
| 519640545 | ^ | MEBN | Jan 20 2026 22:48:20 | TD Bank, N.A., PO BOX 1931, Burlingame, CA 94011-1931 |
| 519658907 | + | Email/Text: bankruptcy@bbandt.com | Jan 20 2026 22:57:00 | Truist, PO Box 85092, Richmond, VA 23285-5092 |
| 519575170 | + | Email/Text: bankruptcy@bbandt.com | Jan 20 2026 22:57:00 | Truist Bank, Attn: Bankruptcy, Mail Code VA-RVW-6290 POB 85092, Richmond, VA 23286-0001 |
| 519575171 | + | Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | Jan 20 2026 23:00:17 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a, 3rd Fl, Des Moines, IA 50328-0001 |

TOTAL: 33

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519575149 | | Adhiambo Ayaga |
| 519623039 | | Juana RosaGonzalez |
| 519623052 | | Juana RosaGonzalez |
| cr | *+ | KeyBank, N.A., c/o Saldutti Law Group, 1040 N. Kings Highway, Suite 100, Cherry Hill, NJ 08034-1925 |

TOTAL: 3 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 22, 2026    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 19, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Brad J. Sadek | on behalf of Debtor Joel Quintana Principe bradsadek@gmail.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;jeanie@sadeklaw.com;service@sadeklaw.com |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Edward Joseph McKee | on behalf of Creditor TD Bank  N.A. emckee@duanemorris.com, jalowe@duanemorris.com,edward-mckee-2614@ecf.pacerpro.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Joni L. Gray | on behalf of Trustee Andrew B Finberg jgray@standingtrustee.com  jgrayecf@gmail.com;grayjr39848@notify.bestcase.com |
| Michael Patrick Farrington | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. tue67813@temple.edu |
| Rebecca K. McDowell | on behalf of Creditor KeyBank  N.A. rmcdowell@slgcollect.com, anovoa@slgcollect.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 9