| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>DUANE MORRIS, LLP<br>By: Brett L. Messinger Atty. ID: 035631991<br>30 South 17th Street<br>Philadelphia, PA 19103<br>(215) 979-1586<br>Attorneys for Creditor: TD Bank, N.A. | |
| In Re:<br><br>Joel Quintana Principe | Case No.: 22-13690<br><br>Chapter 13<br><br>Judge: Hon. Andrew B. Altenburg, Jr. |

## NOTICE OF SUBSTITUTION AND WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE pursuant to LBR 9010-2, the undersigned notifies the Court that Brett L. Messinger, will be substituted as attorney of record for TD Bank, N.A., a Creditor in this case. PLEASE TAKE FURTHER NOTICE that TD Bank, N.A. requests that copies of all pleadings, petitions, motions, answers, objections, memoranda, briefs, notices, reports, requests, orders and all other documents filed and/or delivered in and/or in connection with the Case be sent to the following counsel for TD Bank, N.A.:

> Brett L. Messinger, Esq.
> Duane Morris LLP
> 30 South 17th Street
> Philadelphia, PA 19103
> Phone:  215-979-1508
> Fax:  302-657-4901
> Email: BMessinger@duanemorris.com

Respectfully submitted

/s/ *Edward J. McKee*　　　　　　　　　　／s/ *Brett L. Messinger*
Edward J. McKee　　　　　　　　　　　　Brett L. Messinger
Withdrawing Attorney　　　　　　　　　　Substituted Attorney

Dated: January 23, 2026

DM1\20550683.1

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>DUANE MORRIS, LLP<br>By: Brett L. Messinger Atty. ID: 035631991<br>30 South 17th Street<br>Philadelphia, PA 19103<br>(215) 979-1586<br>Attorneys for Creditor: TD Bank, N.A. | |
| In Re:<br><br>Joel Quintana Principe | Case No.: 22-13690<br><br>Chapter 13<br><br>Judge: Hon. Andrew B. Altenburg, Jr. |

## CERTIFICATION OF SERVICE

1. I, Brett L. Messinger:

    ☒ represent TD Bank, N.A. in this matter.

    ☐ am the secretary/paralegal for Edward J. McKee, who represents TD Bank, N.A. in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On January 23, 2026, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    Notice of Substitution and Withdrawal of Counsel

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.


Date: <u>January 23, 2026</u>                             <u>/s/ Brett L. Messinger    </u>
                                                          Brett L. Messinger

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Joel Quintana Principe<br>1440 Georgian Drive<br>Moorestown, NJ 08057 | Debtor | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified Mail/RR<br>☐ Other (   ) |
| Brad J. Sadek<br>Sadek Law Offices, LLC<br>1500 JFK Boulevard<br>Ste 220<br>Philadelphia, PA 19102 | Debtor's Attorney | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified Mail/RR<br>☒ Other (ECF Notification) |
| Andrew B Finberg<br>Office of the Chapter 13 Standing Trustee<br>535 Route 38<br>Suite 580<br>Cherry Hill, NJ 08002 | Trustee | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified Mail/RR<br>☒ Other (ECF Notification) |

DM1\20550683.1