UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Sadek Law Offices
701 East Gate Drive
Suite 129
Mount Laurel, NJ 08054
856-890-9003
Attorney(s) for debtor

In Re:

Joel Quintana Principe
debtor

Order Filed on February 26, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: _____22-13690_____

Chapter: 13

Judge: _____ABA_____

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: February 26, 2026**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Brad J. Sadek_____, the applicant, is allowed a fee of $ _____1,600.00_____ for services rendered and expenses in the amount of $_____354.88_____ for a total of $_____1,954.88_____ . The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____N/A_____ per month for _____N/A_____ months to allow for payment of the above fee.

*rev.8/1/15*

2