**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Joel Quintana Principe | Social Security number or ITIN   xxx–xx–6416 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   22–13690–ABA | | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Joel Quintana Principe
aka Joel Quintana, aka Joel Quintana Principe

7/1/26

**By the court:** Andrew B. Altenburg Jr.
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

### Some debts are not discharged

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W                **Chapter 13 Discharge**                page 1

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W                **Chapter 13 Discharge**                page 2

United States Bankruptcy Court

District of New Jersey

In re:                                                          Case No. 22-13690-ABA

Joel Quintana Principe                                          Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                    User: admin                         Page 1 of 3

Date Rcvd: Jul 01, 2026                 Form ID: 3180W                       Total Noticed: 38

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 03, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Joel Quintana Principe, 1440 Georgian Drive, Moorestown, NJ 08057-1347 |
| r | + | Andreas Maines, eXP Realty, 99 Grant Avenue, Moorestown, NJ 08057-1560 |
| sp | + | Gregory X. Voorhees, 520 Stokes Road D-4, Medford, NJ 08055-2904 |
| 519575161 | + | Gateway One Lending & Finance, Attn: Bankruptcy, 175 North Riverview Dr, Suite 100, Anaheim, CA 92808-1225 |
| 519575162 | + | Key Bank, 9869 Bustleton Avenue, Philadelphia, PA 19115-2611 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 01 2026 21:28:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 01 2026 21:28:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519575150 | + | Email/PDF: bncnotices@becket-lee.com | Jul 01 2026 21:25:35 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 519575151 | + | Email/Text: bankrupt@andrewsfcu.org | Jul 01 2026 21:27:00 | Andrews FCU, Attn: Bankruptcy, 5711 Allentown Rd, Suitland, MD 20746-4547 |
| 519575154 | + | Email/Text: bankruptcy@bbandt.com | Jul 01 2026 21:27:00 | BB&T/Truist, Attn: Bankruptcy, Po Box 1847, Wilson, NC 27894-1847 |
| 519575152 | + | Email/Text: hildaris.burgos@popular.com | Jul 01 2026 21:28:00 | Banco Popular de Puerto Rico, Attn: Bankruptcy, Po Box 362708, San Juan, PR 00936-2708 |
| 519575153 | + | EDI: BANKAMER | Jul 02 2026 01:04:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 519647220 | | EDI: BANKAMER | Jul 02 2026 01:04:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 519575156 | + | EDI: CAPITALONE.COM | Jul 02 2026 01:04:00 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 519645817 | + | EDI: AIS.COM | Jul 02 2026 01:05:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519575157 | + | EDI: JPMORGANCHASE | Jul 02 2026 01:04:00 | Chase Auto Finance, 700 Kansas Lane, Monroe, LA 71203-4774 |
| 519575158 | + | EDI: JPMORGANCHASE | Jul 02 2026 01:04:00 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850-5298 |
| 519575159 | + | EDI: CITICORP | Jul 02 2026 01:04:00 | Citibank, Po Box 6217, Sioux Falls, SD |

| | | | |
|---|---|---|---|
| | | | 57117-6217 |
| 519575160 | + Email/Text: mortgagebksupport@citizensbank.com | Jul 01 2026 21:28:00 | Franklin American Mortgage Company, Attn: Bankruptcy, 6100 Tower Circle, Suite 600, Franklin, TN 37067-1505 |
| 519623385 | + EDI: IRS.COM | Jul 02 2026 01:04:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 519578973 | + Email/Text: rmcdowell@slgcollect.com | Jul 01 2026 21:27:00 | KeyBank, N.A., c/o Saldutti Law Group, 1040 N. Kings Highway, Suite 100, Cherry Hill, NJ 08034-1925 |
| 519575163 | + Email/Text: nsm_bk_notices@mrcooper.com | Jul 01 2026 21:27:00 | Mrc/united Wholesale M, Attn: Bankruptcy, P. O. Box 619098, Dallas, TX 75261-9098 |
| 519575155 | Email/Text: Bankruptcy.Notices@pnc.com | Jul 01 2026 21:26:00 | BBVA Compass, Attn: Bankruptcy, P.O. Box 10566, Birmingham, AL 35296 |
| 519623449 | Email/Text: Bankruptcy.Notices@pnc.com | Jul 01 2026 21:26:00 | PNC Bank, PO Box 1820, Dayton, OH 45401 |
| 519635989 | Email/Text: Bankruptcy.Notices@pnc.com | Jul 01 2026 21:26:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 519623384 | Email/Text: bankruptcy1@pffcu.org | Jul 01 2026 21:27:00 | Police and Fire Federal, Credit Union, 901 Arch Street, Philadelphia, PA, 19107-2495 |
| 519575164 | + Email/Text: bankruptcyteam@rocketmortgage.com | Jul 01 2026 21:28:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 519585897 | + Email/Text: bankruptcyteam@rocketmortgage.com | Jul 01 2026 21:28:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 519575165 | + Email/Text: rmcdowell@slgcollect.com | Jul 01 2026 21:27:00 | Saldutti Law Group, 1040 N. Kings Highway Ste 100, Cherry Hill, NJ 08034-1925 |
| 519575166 | + Email/Text: enotifications@santanderconsumerusa.com | Jul 01 2026 21:28:00 | Santander Consumer USA Inc., Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |
| 519575167 | + EDI: SYNC | Jul 02 2026 01:04:00 | Synchrony Bank/hhgregg, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519575168 | EDI: TDBANKNORTH.COM | Jul 02 2026 01:04:00 | TD Bank, Attn: Bankruptcy, Po Box 9547, Portland, ME 04112 |
| 519575169 | EDI: TDBANKNORTH.COM | Jul 02 2026 01:04:00 | TD Bank, N.A., Attn: Bankruptcy, 32 Chestnut Street Po Box 1377, Lewiston, ME 04243 |
| 519643984 | EDI: TDBANKNORTH.COM | Jul 02 2026 01:04:00 | TD Bank, NA, 70 Gray Road, Falmouth, ME 04105 |
| 519640545 | ^ MEBN | Jul 01 2026 21:21:01 | TD Bank, N.A., PO BOX 1931, Burlingame, CA 94011-1931 |
| 519658907 | + Email/Text: bankruptcy@bbandt.com | Jul 01 2026 21:27:00 | Truist, PO Box 85092, Richmond, VA 23285-5092 |
| 519575170 | + Email/Text: bankruptcy@bbandt.com | Jul 01 2026 21:27:00 | Truist Bank, Attn: Bankruptcy, Mail Code VA-RVW-6290 POB 85092, Richmond, VA 23286-0001 |
| 519575171 | + EDI: WFHOME | Jul 02 2026 01:04:00 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a, 3rd Fl, Des Moines, IA 50328-0001 |

TOTAL: 33

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519575149 | | Adhiambo Ayaga |
| 519623039 | | Juana RosaGonzalez |

District/off: 0312-1                          User: admin                                    Page 3 of 3
Date Rcvd: Jul 01, 2026                       Form ID: 3180W                                 Total Noticed: 38

519623052              Juana RosaGonzalez
aty           *+       Gregory X Voorhees, 520 Stokes Road D-4, Medford, NJ 08055-2904
cr            *+       KeyBank, N.A., c/o Saldutti Law Group, 1040 N. Kings Highway, Suite 100, Cherry Hill, NJ 08034-1925
519623038     ##+      Priscilla Curtis, 16 Wilton Way, Sicklerville, NJ 08081-9212

TOTAL: 3 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 03, 2026                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 1, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Brad J. Sadek | on behalf of Debtor Joel Quintana Principe bradsadek@gmail.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;jeanie@sadeklaw.com;service@sadeklaw.com |
| Brett L. Messinger | on behalf of Creditor TD Bank  N.A. BLmessinger@duanemorris.com, cmariney@duanemorris.com,brett-messinger-1119@ecf.pacerpro.com,jalowe@duanemorris.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Joni L. Gray | on behalf of Trustee Andrew B Finberg jgray@standingtrustee.com  jgrayecf@gmail.com;grayjr39848@notify.bestcase.com |
| Matthew K. Fissel | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| Michael Patrick Farrington | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. tue67813@temple.edu |
| Rebecca K. McDowell | on behalf of Creditor KeyBank  N.A. rmcdowell@slgcollect.com, anovoa@slgcollect.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 10